```
IN THE UNITED STATES DISTRICT COURT
 FOR THE SOUTHERN DISTRICT OF ALABAMA
            SOUTHERN DIVISON
```

| | |
|---|---|
| **ANTONIO HERRINE, # 194261,** | * |
| | * |
|     Petitioner, | * |
| | * |
| vs. | * CIVIL ACTION NO. 23-00405-JB-B |
| | * |
| **SHARON FOLKS,** | * |
| | * |
|     Respondent. | * |

### ORDER

After due and proper consideration of all portions of this file deemed relevant to the issues raised, and a *de novo* determination of those portions of the report and recommendation to which objection is made, the report and recommendation of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated November 9, 2023 (Doc. 4) is **ADOPTED** as the opinion of this Court. It is **ORDERED** that Petitioner Antonio Herrine's habeas corpus petition under 28 U.S.C. § 2254 (Doc. 1) and this action be **DISMISSED without prejudice**, and that Petitioner Herrine is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

    **DONE and ORDERED** this 30th day of November, 2023.

                                      /s/ JEFFREY U. BEAVERSTOCK
                                      CHIEF UNITED STATES DISTRICT JUDGE