```
           IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF ALABAMA
                     SOUTHERN DIVISON
```

**ANTONIO HERRINE, # 194261,**         \*
                                        \*
    Petitioner,                      \*
                                        \*
vs.                                     \* CIVIL ACTION NO. 23-00405-JB-B
                                        \*
**SHARON FOLKS,**                       \*
                                        \*
    Respondent.                      \*

## JUDGMENT

In accordance with the order entered on this date, it is **ORDERED, ADJUDGED,** and **DECREED** that **JUDGMENT** is entered in favor of Respondent Warden Sharon Folks and against Petitioner Antonio Herrine, and that Petitioner Herrine is not entitled to the issuance of a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE and ORDERED** this 30th day of November, 2023.

/s/ JEFFREY U. BEAVERSTOCK
CHIEF UNITED STATES DISTRICT JUDGE